FILED

12/17/2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:      SL
Deputy

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br><br>**v**<br><br>**ALEXANDER COMBATTI**<br>**Defendant** | **INDICTMENT** **AU:24-CR-00314-RP**<br><br>**[Cts. 1-3: 18 U.S.C. §§ 2252A(a)(2)(A) & (b)(1) – Receipt and Distribution of Child Pornography;**<br>**Ct. 4: 18 U.S.C. § 2252A(a)(5)(B) & (b)(2) – Possession of Child Pornography (Image of Minor Under 12 Years Old)]** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Distribution of Child Pornography**
**[18 U.S.C. §§ 2252A(a)(2)(A) & (b)(1)]**

On or about June 4, 2019, in the Western District of Texas, Defendant,

**ALEXANDER COMBATTI,**

did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce; and child pornography that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

**COUNT TWO**
**Receipt of Child Pornography**
**[18 U.S.C. §§ 2252A(a)(2)(A) & (b)(1)]**

Beginning on or about August 19, 2019, and continuing until on or about May 18, 2020, in the Western District of Texas, Defendant,

**ALEXANDER COMBATTI,**

did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce; and child pornography

that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

## COUNT THREE
### Distribution of Child Pornography
### [18 U.S.C. §§ 2252A(a)(2)(A) & (b)(1)]

On or about June 4, 2020, in the Western District of Texas, Defendant,

**ALEXANDER COMBATTI,**

did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce; and child pornography that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

## COUNT FOUR
### Possession of Child Pornography (Image of Minor Under 12 Years Old)
### [18 U.S.C. §§ 2252A(a)(5)(B) & (b)(2)]

On or about June 5, 2020, in the Western District of Texas, Defendant,

**ALEXANDER COMBATTI,**

did knowingly possess material, namely, one or more computers, hard drives, and mobile phones, that contained one or more images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce; had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce,

including by computer; and one or more images of child pornography involved in the offense involved a prepubescent minor and a minor who had not attained 12 years of age.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

A TRUE BILL



FOREPERSON

JAIME ESPARZA
UNITED STATES ATTORNEY

By: _____

FOR: KEITH HENNEKE
ASSISTANT UNITED STATES ATTORNEY